# Exhibit 1

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | 1979 |
| Line 3 | Writer(s) | William Patrick Corgan |
| Line 4 | Publisher Plaintiff(s) | William Patrick Corgan, an individual dba Cinderful Music |
| Line 5 | Date(s) of Registration | 1/29/96 |
| Line 6 | Registration No(s). | PA 773-963 |
| Line 7 | Date(s) of Infringement | 4/27/18 |
| Line 8 | Place of Infringement | The Green Turtle - Leesburg |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Billie Jean |
| Line 3 | Writer(s) | Michael Jackson |
| Line 4 | Publisher Plaintiff(s) | MJ Publishing Trust d/b/a Mijac Music |
| Line 5 | Date(s) of Registration | 12/27/82 |
| Line 6 | Registration No(s). | PA 158-772 |
| Line 7 | Date(s) of Infringement | 4/27/18 |
| Line 8 | Place of Infringement | The Green Turtle - Leesburg |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Take On Me |
| Line 3 | Writer(s) | Magne Furuholmen a/k/a Mags Furuholmen; Pal Waaktaar; Morten Harket |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 9/9/85 |
| Line 6 | Registration No(s). | PA 274-789 |
| Line 7 | Date(s) of Infringement | 4/27/18 |
| Line 8 | Place of Infringement | The Green Turtle - Leesburg |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 4 | |
| Line 2 | Musical Composition | Use Me | |
| Line 3 | Writer(s) | Bill Withers | |
| Line 4 | Publisher Plaintiff(s) | Interior Music Corp. | |
| Line 5 | Date(s) of Registration | 12/13/00 | 4/24/72 |
| Line 6 | Registration No(s). | RE 832-587 | Eu 325138 |
| Line 7 | Date(s) of Infringement | 4/27/18 | |
| Line 8 | Place of Infringement | The Green Turtle - Leesburg | |