# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
### Eastern District of Virginia

Case Number: 1:19-CV-00038

Plaintiff:
**Broadcast Music, Inc; et al**

vs.

Defendant:
**GT Leesburg 2014, LLC; et al**

For:
Troutman Sanders, LLC
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Received by Cavalier Courier & Process Service to be served on **David Byer, The Green Turtle Sports Bar & Grille, 603 Potomac Station Drive, Leesburg, VA 20176**.

I, Serena Liss, do hereby affirm that on the **16th day of January, 2019** at **1:56 pm**, I:

Served Summons & Complaint with Exhibit 1; Civil Cover Sheet personally to David Brent Byer a/k/a David Byer at The Green Turtle Sports Bar & Grille, 21035 Dulles Town Cir, Sterling, VA 20166.

**Additional Information pertaining to this Service:**
Mr. Byer alleged that his name is David Brent Byer and that he is the intended defendant for both "David Byer" and "Brent Byer."

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____
**Serena Liss**
Process Server

**Cavalier Courier & Process Service**
823-C South King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2019000420

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0g

