# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
### Eastern District of Virginia

Case Number: 1:19-CV-00038

Plaintiff:
**Broadcast Music, Inc; et al**

vs.

Defendant:
**GT Leesburg 2014, LLC; et al**

For:
Troutman Sanders, LLC
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Received by Cavalier Courier & Process Service to be served on **GT Leesburg 2014, LLC d/b/a The Green Turtle, Registered Agent: Brent Byer, 18969 Peale Lane, Leesburg, VA 20175**.

I, Serena Liss, do hereby affirm that on the **16th day of January, 2019** at **1:53 pm**, I:

Served Summons & Complaint with Exhibit 1; Civil Cover Sheet personally to David Brent Byer a/k/a Brent Byer as registered agent of GT Leesburg 2014, LLC d/b/a The Green Turtle. Service occurred at 21035 Dulles Town Cir, Sterling, VA 20166.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

**Serena Liss**
Process Server

**Cavalier Courier & Process Service**
**823-C South King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2019000421

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0g

